**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00310-CMA-MJW

INTERNATIONAL DEBATE EDUCATION ASSOCIATION,

    Plaintiff,

v.

NATIONAL CENTER FOR POLICY ANALYSIS,
GENERAL TOMMY FRANKS LEADERSHIP INSTITUTE AND MUSEUM, and
FRANK & ASSOCIATES, LLC,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with F.R.Civ.P. 41(a)(1) and Plaintiff's Notice of Dismissal With Prejudice (Doc. # 7) signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action in the above-captioned matter are DISMISSED WITH PREJUDICE, each party to pay its own costs and attorney's fees.

    DATED: May  20 , 2009

                                                     BY THE COURT:

                                                   _/s/ Christine M. Arguello_
                                                   CHRISTINE M. ARGUELLO
                                                   United States District Court Judge